■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MACK DANIEL VERDEJO, Appellant. — Judgment of the Supreme Court, Kings County (Goldman, J.), rendered July 1, 1983, affirmed (see *People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). Thompson, J. P., O'Connor, Boyers and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD WILCOX, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Rockland County (Edelstein, J.), imposed January 26, 1984, upon his conviction of criminal sale of a controlled substance in the third degree, upon a plea of guilty, the sentence being an indeterminate term of imprisonment with a minimum of 1 year and a maximum of 3 years.

Sentence affirmed.

On this record, defendant presents no evidence of either broken promises or prosecutorial misconduct on the part of the District Attorney (see *People v Royster,* 104 AD2d 1011). Further, as defendant's contentions include matters which are dehors the record, they may not be considered by this court on direct appeal (see *People v Roberts,* 89 AD2d 912; *People v Johnson,* 73 AD2d 652). In any event, defendant's assertions of prosecutorial misconduct are beyond the scope of this appeal, which is limited to a review of the "legality, propriety or excessiveness of the sentence imposed" (22 NYCRR 670.17 [i]; *People v Johnson, supra*). Mollen, P. J., Titone, Thompson and Boyers, JJ., concur.